In the

# United States Court of Appeals

## For the Seventh Circuit

———————

No. 16-1669

SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA,

*Plaintiff-Appellant*,

*v.*

TARGET CORPORATION,

*Defendant-Appellee*.

———————

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division.
No. 13-cv-5910 — **Elaine E. Bucklo**, *District Judge*.

———————

January 25, 2017

———————

Before FLAUM and KANNE, *Circuit Judges*, and MAGNUS-
STINSON, *District Judge*.\*

## ORDER

The opinion issued in the above-entitled case on Decem-
ber 29, 2016, is hereby amended as follows:

———————

\* Of the Southern District of Indiana, sitting by designation.

On page 4, at lines 23 and 28, the year "2001"[1] is replaced with "2007," such that the date referenced in both lines is "April 2007."

On page 7, at line 26, the word "eight" is replaced with "two," such that the sentence reads as follows: "One of those future agreements was the Program Agreement executed by Target and Harbor two years after the Supplier Agreement."

On page 8, at line 6 of footnote 1, the word "eight" is replaced with "two," such that the sentence reads as follows: "Selective's position ignores the reality that the two contracts were executed two years apart and were not one contract."

---

[1] The erroneous date included in the previously-issued opinion was taken from the photocopied first page of the Supplier Agreement, which appears to reference April 2001. *See* Appellant's Supplemental Appendix at A50.